UNITED STATES DISTRICT COURT

For the

Middle District of Florida

Case No. 8:23-CV-1318

| | |
|---|---|
| JUSTIN LIGERI | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ARIZONA DAILY INDEPENDENT, LLC | ) |
|       Defendant | ) |

## COMPLAINT

Plaintiff, Justin Ligeri (hereafter referred to as "Ligeri") by and through undersigned counsel hereby sues Defendant Arizona Daily Independent, LLC (hereby referred to as the "Daily Independent") for defamation and making false damaging statements and alleges as follows:

PARTIES AND DIVERSITY JURISDICTION

1. This is an action for Defamation (Libel and Libel Per Se) and damages in excess of $75,000.00 exclusive of interest, costs and attorney's fees.

2. Plaintiff, Justin Ligeri, is an individual who is over the age of 18 and resides at 18633 San Rio Circle, Lutz FL.

3. Defendant, Arizona Daily Independent LLC ("Daily Independent"), is a limited liability company that operates a newspaper with its principle place of business at

6929 North Hayden Road C4 #291, Scottsdale, Arizona 85250 and is incorporated under the laws of Arizona.

4. The amount in controversy exceeds $75,000 as Plaintiff's reputation has been severely damaged and Plaintiff has lost several clients, business opportunities, and investors as a result of the defamatory publication.

5. Because Plaintiff is a resident of Florida and Defendant's principal place of business is in Arizona, there is complete diversity between the parties. Since diversity of citizenship and amount in controversy has been met, this Court possesses jurisdiction pursuant to 28 U.S.C. section 1332.

## FACTS AND GENERAL ALLEGATIONS

6. Mr. Ligeri is an individual who is established in the e-commerce business space.

7. In order to conduct business online with buyers, sellers, and investors, Mr. Ligeri's reputation becomes readily important.

8. In today's modern internet age, it is common practice for individuals to run online searches of individuals they may work with.

9. Mr. Ligeri's reputation was and is severely damaged as a result of the Daily Independent's false, seriously misleading and factually incorrect article.

10. On or about April 14th, 2021 the State of Arizona filed a criminal complaint against Ligeri which included 2 counts of conspiracy to commit aggravated assault serious physical injury, and 2 counts of stalking. Ligeri was never charged with Conspiracy to Commit Murder.

11. On March 28th, 2022 the Daily Independent published an article on its website Titled "Murder for Hire Conspiracy Case Results in Conviction of Former Amazon Retail Star."

12. Mr. Ligeri first learned of the article on or about June 30, 2022.

13. The title of the article was a lie as Mr. Ligeri was never charged with Conspiracy to Commit Murder.

14. The article itself acknowledged that the specific charge for conspiracy to commit murder was not present in the case itself.

15. The article states "Justin Nicola Ligeri will be sentenced April 29th in Maricopa County Superior Court for Attempted Stalking with Fear of Physical Injury, a Class 6 Felony. Three other felonies, including conspiracy to commit aggravated assault, will be dismissed by Judge Scott Minder as part of a plea deal negotiated last week."

16. The Daily Independent knew that the article title was a lie and seriously misleading and did not change the title of the article because it would attract more internet traffic. The Daily Independent is accessible on-line in all 50 states including the State of Florida, Mr. Ligeri's residence.

17. As a result of the article appearing as the first search when individuals run internet searches of Mr. Ligeri, his reputation has been severely damaged and tarnished.

18. Mr. Ligeri's business relationships have been damaged as a result of the article.

19. Mr. Ligeri has repeatedly asked the Daily Independent to remove the title of the article. The Daily Independent has refused to comply with his demands.

COUNT I
(LIBEL and LIBEL PER SE)

20. Plaintiff incorporates paragraphs 1-14 as if fully set forth herein.

21. On or about March 28th, 2022 the Defendant published the following false statement about Plaintiff as the title of the article:

   a. *Murder for Hire Conspiracy Case Results in Conviction of Former Amazon Retail Star*

22. This false statement was published on the Daily Independent's website and appears as the first search result when individuals search "Justin Ligeri" on Google.com.

23. The statement imputes a serious crime onto Mr. Ligeri.

24. The article published is such that it obviously tends to bring any person, such as Mr. Ligeri, into disrepute, contempt or ridicule and to impeach his honesty, integrity, virtue or reputation and is false or defamatory.

25. The article is also a false and unprivileged publication of unfounded statements exposing Mr. Ligeri to hatred, distrust, contempt, ridicule, or obloquy, or which tend to cause him to be avoided, or to injure him in office, occupation, business, or employment, and which in natural and proximate consequence will necessarily cause injury.

26. The article is libelous per se, and upon proof of publication the law presumes its falsity and that it was published with malicious intent.

27. The Daily Independent published a false and defamatory statement concerning Mr. Ligeri, knew the statement was false and defamed him and acted in reckless disregard of these matters or negligently failed to ascertain them.

28. The Daily Independent published the false article about Mr. Ligeri and acted, at least, negligently and caused Mr. Ligeri actual damages because of the defamatory statement.

29. Ligeri has been damaged by these false statements.

## PRAYER FOR RELIEF

**WHEREFORE,** LIGERI prays for a judgment against the Arizona Daily Independent, LLC as follows:

i. Awarding Ligeri all compensatory damages including consequential and incidental damages as a result of the Daily Independent's wrongdoing in an amount to be determined at Trial.

ii. Awarding Ligeri attorney's fees and costs.

iii. Requiring the Daily Independent to make a public retraction of the false statements.

iv. Granting preliminary and permanent injunctive relief to prevent Defendant from making further defamatory remarks.

v. Such further relief this court deems just and proper.

## PRAYER FOR JURY TRIAL

Plaintiff prays for a Jury Trial on all issues so triable.

Respectfully Submitted,

Justin Ligeri

By his attorney


      /s/ Daniel A. McGowan
Daniel A. McGowan
Florida Bar No. 94482
515 East Las Olas Blvd.
Suite 1050
Fort Lauderdale, FL 33301
(954) 764-7273
dmcgowan@aptpa.com

Dated:  June 12, 2023