UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA

Tampa Division

CASE NO.: 8:23-CV-1318-CEH-AEP

JUSTIN LIGERI,

Plaintiff,

v.

ARIZONA DAILY INDEPENDENT, LLC,

Defendant.

_____/
_____

**PLAINTIFF'S MOTION TO FILE THE AFFIDAVIT OF JUSTIN LIGERI IN SUPPORT OF PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE TWO DAYS LATE**
_____

Ronald W. Dunbar, Jr. *pro hac vice*
Dunbar Law, PC
10 Post Office Square, Suite 800
Boston, MA 02109
dunbar@dunbarlawpc.com
617-244-3550

Daniel McGowan, *local counsel*
515 East Las Olas Blvd.
Suite 1050
Fort Lauderdale, FL 33301
dmcgowan@aptpa.com
954-764-7273

*Counsel for Plaintiff*

Plaintiff Justin Ligeri ("Ligeri" or "Plaintiff") respectfully requests this Honorable Court accept the Affidavit of Justin Ligeri in support of Plaintiff's Response to this Court's Order to Show Cause, dated September 20, 2024. In support of his motion, the Plaintiff states the following:

1. This Court ordered the Plaintiff to file a response to its Order to Show Cause regarding the issue of Plaintiff's domicile and the issue of subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

2. The date in which the response was due was October 4, 2024.

3. Plaintiff's counsel filed the Response and the Amended Complaint as ordered by this Court.

4. Plaintiff's counsel was unable to obtain the signed affidavit of Justin Ligeri because the Plaintiff was experiencing internet and network connectivity issues on October 4th, 2024. Ligeri was unable to email a signed and scanned version of the affidavit.

5. There will be no prejudice resulting from filing the Affidavit of Justin Ligeri two days late.

1

WHEREFORE, Plaintiff respectfully requests this Honorable Court accept the Affidavit of Justin Ligeri two days late.


Respectfully submitted,
Justin Ligeri
By his Attorneys,

/s/ Ronald W. Dunbar, Jr.
_____

Ronald W. Dunbar, Jr. *pro hac vice*
Dunbar Law, PC
10 Post Office Square, Suite 800
Boston, MA 02109
dunbar@dunbarlawpc.com
617-244-3550


/s/ Daniel McGowan
_____

Daniel McGowan, *local counsel*
515 East Las Olas Blvd.
Suite 1050
Fort Lauderdale, FL 33301
dmcgowan@aptpa.com
954-764-7273


Date : October 6, 2024

## CERTIFICATE OF SERVICE

I certify that on October 6, 2024 the foregoing document was served on the counsel of record below by the ECF e-file system:

Brant C. Hadaway
Diaz, Reus, and Targ, LLP
100 Southeast Second Street
3400 Miami, Florida, 33131
Telephone: 305-375-9220
bhadaway@diazreus.com

/s/Daniel McGowan
Attorney