# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JUSTIN LIGERI,

    Plaintiff,

v.                                     Case No: 8:23-cv-1318-CEH-AEP

ARIZONA DAILY INDEPENDENT, LLC,

    Defendant.

_____

## ORDER

This cause comes before the Court on review of Plaintiff's Response (Docs. 45, 46, 47) to Order to Show Cause and Amended Complaint (Doc. 44) filed in response to the Court's Order to Show Cause, entered on September 20, 2024 (Doc. 42). After review of the Amended Complaint and Plaintiff's response and affidavit, the Court will take no further action on the Order to Show Cause (Doc. 42) and it is hereby **DISCHARGED**.

    **DONE** and **ORDERED** in Tampa, Florida on December 4, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties