# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JUSTIN LIGERI,

    Plaintiff,

v.                                        Case No: 8:23-cv-1318-CEH-AEP

ARIZONA DAILY INDEPENDENT, LLC,

    Defendant.

_____

## ORDER

THIS MATTER comes before the Court *sua sponte*. On September 20, 2024, the Court issued a Case Management and Scheduling Order ("CMSO") in this cause of action (Doc. 41). With regard to Motions for Summary Judgment, the CMSO provides that "[o]n or before the date on which the memorandum in opposition is due, the parties **SHALL** also file a stipulation of agreed material facts signed by the movant and the parties opposing summary judgment." *Id.* at II(G)(1) (emphasis in original). Defendant filed a renewed motion for summary judgment on October 8, 2024 (Doc. 49), to which Plaintiff filed a memorandum in opposition (Doc. 54) on December 18, 2024. To date, the parties have not complied with section II(G)(1) of the CMSO. Accordingly, the parties shall file a stipulation of agreed material facts within **SEVEN (7) DAYS** from the date of this Order. Failure to comply with this Order may result in the imposition of sanctions.

**DONE AND ORDERED** in Tampa, Florida on May 2, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any