UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LIGERI,

    Plaintiff,

v.                                                            Case No: 8:23-cv-1318-CEH-AEP

ARIZONA DAILY INDEPENDENT,
LLC,

    Defendant.
_____

**ORDER**

    **THIS CAUSE** is before the Court *sua sponte*. On September 20, 2024, this Court entered a Case Management and Scheduling Order ("CMSO") setting a mediation deadline of May 30, 2025, and ordering parties to complete a mediation conference on or before the mediation deadline. *See* Case Management and Scheduling Order (Doc. 41). The CMSO required Designated Lead Counsel Ronald Dunbar to file a notice with the Court advising of the mediation date, and directed the mediator to file a written mediation report within seven days of the mediation. Pursuant to the CMSO, "[n]either the mediator nor the parties have authority to continue the mediation conference beyond the date [set forth in the Court's scheduling order] except on express order of the Court." *Id.*

    Upon review of the Court docket, the parties have not filed a notice of mediation or mediation report. Accordingly, it is **ORDERED:**

1. The parties shall file a joint notice with the Court indicating the status of mediation within SEVEN (7) DAYS of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record; Unrepresented Parties

2