**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUSTIN LIGERI,

      Plaintiff,

v.                                  Case No: 8:23-cv-1318-CEH-AEP

ARIZONA DAILY INDEPENDENT,
LLC,

      Defendant.

_____

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on June 18, 2026 (Doc. 95). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the Court grant in part Defendant's Motion for Attorney's Fees (Doc. 93) and award Defendant an attorney's fee of $43,620.00, together with $599.81 in costs, for a total award of $44,219.81. No objections were filed and the deadline to file objections has expired.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 95) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Defendant's Motion for Attorneys' Fees (Doc. 93) is **GRANTED in part,** to the extent that Defendant is awarded attorneys' fees in the amount of $43,620 and costs in the amount of $599.81, for a total award of $44,219.81.

(3)     The Clerk is directed to enter a Judgment as to attorneys' fees in favor of Defendant Arizona Daily Independent, LLC, and against Plaintiff Justin Ligeri in the amount of $44,219.81.

(4)     The Clerk is further directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 14, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record