# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 24, 2026

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 26-13081-C
Case Style: Justin Ligeri v. Arizona Daily Independent, LLC.
District Court Docket No: 8:23-cv-01318-CEH-AEP

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-13081

---

JUSTIN LIGERI,

*Plaintiff-Appellant,*

*versus*

ARIZONA DAILY INDEPENDENT, LLC.,

*Defendant-Appellee.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-01318-CEH-AEP

---

Before JORDAN and NEWSOM, Circuit Judges.

BY THE COURT:

"Appellant's Motion to Reinstate Appeal and to Accept Later Administrative Filings" is GRANTED.

Appellant's "Notice of Intent to Proceed Pro Se and Request to Update Counsel Status" is GRANTED.